```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

LEVONE JONES                         *

       Plaintiff            *

       vs.                  *    CIVIL ACTION NO. MJG-12-439

SGT. ARNOLD MCDONALD, et al.         *

       Defendants           *

\*        \*        \*        \*        \*        \*        \*        \*        \*

## MEMORANDUM AND ORDER RE: CONTINUANCE

The Court has before it Plaintiff's Motion for Continuance [Document 83] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

Plaintiff filed the instant case <u>pro se</u> <u>in forma pauperis</u> and is now represented by appointed counsel. He seeks a continuance so as to obtain an anticipated report to be issued by the United States Department of Justice regarding the Baltimore City Police Department and alleged police brutality. Defendants oppose the requested continuance on the ground that the contents of the report may be inflammatory and will not be relevant to the instant case.

The Court agrees that the contents of the Department of Justice report <u>may</u> not be relevant to the issues in the instant case, but cannot be certain. However, the Court sees no prejudice to Defendants from having Plaintiff's counsel review

the report prior to the close of discovery.  Of course, the Court is not, by any means determining, or even considering, the extent to which – if at all – the contents of the report may be relevant to the instant case.

For the foregoing reasons:

1. Plaintiff's Motion for Continuance [Document 83] is GRANTED.

2. The Court shall set deadlines for the close of discovery and summary judgment motions by further Order.

3. Promptly after issuance of the report in question, Plaintiff shall file a document stating the date of issuance, the identification of the report, and an agreement or his position regarding the deadlines to be set for the close of discovery and summary judgment motions.  In the absence of an agreement regarding deadlines, within a week of such filing, Defendants shall state their position regarding these deadlines.

4. This Order does not address any issues regarding the materiality <u>vel</u> <u>non</u> of the contents of the said report.


SO ORDERED, on <u>Monday, December 1, 2014</u>.


                                             /s/\
                                        Marvin J. Garbis\
                              United States District Judge